IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOCELYN M. BUTTS, | ) | Case No. 1:21cv317 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| UNITED STATES OF AMERICA, *et al.,* | ) | |
| | ) | **MINUTES & DISMISSAL ORDER** |
| Defendants. | ) | |
| | ) | |

The Court conducted a case management conference by Zoom in the captioned case on May 14, 2021. The Court settled the case during the case management conference.

Accordingly, this case is dismissed with prejudice, with each party to bear her or its own costs. Notice by the Clerk of Courts is hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

Time: 45 minutes.

**IT IS SO ORDERED.**

Dated: May 14, 2021

*s/Dan Aaron Polster*
United States District Judge